IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** George, Percy

Printed: 1/8/08

Case Number: 05 B 20151
Judge: Hollis, Pamela S
Filed: 5/19/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2007
Confirmed: July 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,249.68 |  |
| Secured: |  | 18,534.24 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,594.00 |
| Trustee Fee: |  | 1,121.44 |
| Other Funds: |  | 0.00 |
| Totals: | 22,249.68 | 22,249.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,594.00 | 2,594.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 11,448.55 | 0.00 |
| 4. | GE Capital Corporation | Secured | 3,912.28 | 2,532.34 |
| 5. | Capital One Auto Finance | Secured | 25,435.96 | 16,001.90 |
| 6. | Nicor Gas | Unsecured | 1,629.62 | 0.00 |
| 7. | Capital One Auto Finance | Unsecured | 7,580.75 | 0.00 |
|  |  |  | $ 52,601.16 | $ 21,128.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 76.17 |
| 5.5% | 585.48 |
| 5% | 125.00 |
| 4.8% | 158.05 |
| 5.4% | 176.74 |
|  | $ 1,121.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  George, Percy | Case Number:  05 B 20151 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  5/19/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

